DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant U. S. Attorney
California Bar No. 187176
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-6117
    Facsimile:   (213) 894-7819
    sharla.cerra@usdoj.gov

Attorneys for Defendant Barnhart

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RICARDO ZANUDO, by and through his guardian ad litem LUDOBINA FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>JOANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV 05-4398 GPS (JC)<br><br>[Proposed] **ORDER CONTINUING DEFENDANT'S TIME TO PROVIDE ITS PORTION OF THE JOINT STIPULATION** |

Pursuant to the parties' stipulation, defendant's time to provide its portion of the joint stipulation to plaintiff is hereby continued from February 3, 2006 to March 3, 2006.

DATE:  February 23, 2006

                                                      /s/

                                       United States Magistrate Judge